# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00217-CR

**In re James Earl Crayton**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 47417, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

James Earl Crayton is serving a prison sentence for aggravated sexual assault. He filed a motion for post-conviction DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01 (West Supp. 2004-05). The State filed a response urging, among other things, that identity is not an issue in this case. Attached to the motion was a copy of Crayton's written statement to the police, in which he admitted having sexual intercourse with the complainant but asserted that it was consensual. The district court denied the motion for testing. *See id*. art. 64.03(a)(1)(B). This appeal followed.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974);

*Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Appellant has filed a pro se brief. We have carefully considered the factual allegations made in this brief and find no basis for disagreeing with the district court's finding that identity was and is not an issue. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The district court's order is affirmed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Affirmed

Filed:   December 2, 2004

Do Not Publish